**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT Case 1:07-cv-03503-RMB    Document 2    Filed 05/14/2007    Page 1 of 1
SOUTHERN DISTRICT OF NEW YORK

DWAYNE PANNELL, ON BEHALF OF HIMSELF AND ALL OTHER
PERSONS SIMILARLY SITUATED

| | |
|---|---|
| | Plaintiff(s)<br>Petitioner(s) |

- against -

DR. JAY'S, INC.

| | |
|---|---|
| | Defendant(s)<br>Respondent(s) |

INDEX #:
07 CV 3503
DATE FILED:
05/02/2007

JUDGE:
RICHARD M. BERMAN

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 05/07/2007, 10:46AM at 19 WEST 34TH STREET, SUITE #600, NEW YORK NY 10001, deponent served the within  SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND & COPY OF THE INDIVIDUAL PRACTICES OF HON. RICHARD M. BERMAN on DR. JAY'S, INC., a defendant in the above action.

*By delivering to and leaving with OMA MAHARAJ at the above address and that he knew the person so served to be the managing agent of the corporation.*

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M    Approximate age 54    Approximate height 5'07"    Approximate weight 180    Color of skin WHITE    Color of hair BALDING BLACK
Other GLASSES

THE LAW OFFICE OF
JUSTIN A. ZELLER
C/O BRECHER FISHMAN
222 BROADWAY
19TH FLOOR
NEW YORK, NY  10038
(212)897-5859

TONY CONIGLIARO    License # 1220476

Sworn to before me on 05/08/2007
MAUREEN MCCAFFREY  NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009