```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DWAYNE PANNELL, Individually and on Behalf of All Other Persons Similarly Situated,

         Plaintiffs,

-against-

DR. JAY'S INC.,

         Defendant.

**USDC SDNY DOCUMENT ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: June 11, 2007

**Case Management Plan**

07 Civ 3503(RMB)

   The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i) Joinder of additional parties by _July 10, 2007_

(ii) Amend the pleadings by _July 31, 2007_

(iii) All discovery to be **expeditiously** completed by ~~October 31, 2007~~ _Nov. 12, 2007_ RMB

(iv) Consent to Proceed before Magistrate Judge: Plaintiff - No

                  Defendant - No

(v) Status of settlement discussions: Pending _with prosecution 9/4/07 @ 10:45 A.M._

Sections vi through xi will be set at conference with the Court

(vi) Motions _____

(vii) Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix) Final Pre-Trial Conference _____

(x) Trial _____

(xi) Other _____

SO ORDERED: New York, New York
June 11, 2007

_____
Hon. Richard M. Berman, U.S.D.J.