UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DWAYNE PANNELL, Individually and on Behalf of
All Other Persons Similarly Situated,

                                  Plaintiffs,                    **ORDER**

      - against -                                          07 Civ. 3503 (RMB)

DR. JAY'S INC.,

                                Defendant.
------------------------------------------------------------------X

      The parties are directed to appear at a conference on Friday, January 11, 2008, at 11:00 a.m. in Courtroom 21D, 500 Pearl Street, New York, NY 10007, regarding, among other things, preliminary approval of the proposed class action settlement.

Dated: New York, New York
         January 8, 2008

                                                  */s/ Richard M. Berman*
                                                  **RICHARD M. BERMAN, U.S.D.J.**