# jackson|lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
59 Malden Lane
New York, New York 10038
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

ATLANTA, GA | LOS ANGELES, CA | PORTLAND, OR
BIRMINGHAM, AL | MIAMI, FL | PROVIDENCE, RI
BOSTON, MA | MINNEAPOLIS, MN | RALEIGH-DURHAM, NC
CHICAGO, IL | MORRISTOWN, NJ | RICHMOND, VA
CLEVELAND, OH | NEW ORLEANS, LA | SACRAMENTO, CA
DALLAS, TX | NEW YORK, NY | SAN FRANCISCO, CA
DENVER, CO | ORANGE COUNTY, CA | SEATTLE, WA
GREENVILLE, SC | ORLANDO, FL | STAMFORD, CT
HARTFORD, CT | PHILADELPHIA, PA | WASHINGTON, DC REGION
HOUSTON, TX | PHOENIX, AZ | WHITE PLAINS, NY
LONG ISLAND, NY | PITTSBURGH, PA

MY DIRECT DIAL IS: (212) 545-4028
MY EMAIL ADDRESS IS: WINDHOLD@JACKSONLEWIS.COM

## MEMO ENDORSED

July 21, 2008

**BY FACSIMILE (212) 805-6717**
Honorable Richard M. Berman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/08

RECEIVED JUL 21 2008 CHAMBERS OF RICHARD M. BERMAN USDJ

Re: Dwayne Pannell v. Dr. Jay's, Inc.
Civil Action No. 07-3503

Dear Judge Berman:

On July 14, the parties appeared before Your Honor for the Fairness Hearing in connection with the settlement of the above-referenced case. At that time, the parties were directed to file with the Court by July 21st a joint letter which provided, inter alia, the number of opt-outs, number of returned notices and Plaintiff's counsel's billing records. The parties respectfully request a one week extension, to July 28, in which to file this letter. Plaintiff's counsel has advised me that he unexpectedly needed to travel out of town last week and is returning today. He is in the process of collecting his billing records as well as those of his co-counsel.

We apologize for any inconvenience this request may cause the Court.

Very truly yours,

JACKSON LEWIS LLP

Diane Windholz

Application granted.

SO ORDERED:
Date: 7/21/08
Richard M. Berman, U.S.D.J.

07/21/08 MON 15:58 [TX/RX NO 8567]